JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, | Case No.: CV 20-5293-DMG (AGRx) |
| Plaintiff, | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [18]** |
| vs. | |
| BURLINGTON CAPITAL LP, a California Limited Partnership; and Does 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), the Court, having considered the parties' stipulation [Doc. ## 16, 18], and good cause appearing,

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' action against Defendant Burlington Capital LP is dismissed with prejudice.  The parties will be responsible for their own fees and costs. The Order to Show Cause dated December 17, 2020 [Doc. # 17] is DISCHARGED.

DATED:  December 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-